# EXHIBIT A



New York Hotel and Motel Trades Council, AFL-CIO • 707 Eighth Avenue, New York, NY 10036 • Telephone (212) 245-8100 • Fax (212) 977-5714 • www.hotelworkers.org

2/17/2022

HTC #U22-037

Hotel Association of New York
437 Madison Avenue
New York, New York 10022

To whom it may concern,

We herewith file a complaint against the management of the Hotel:
    Lisa Lichtenstein
    Director of Human Resources
    Hyatt Centric Wall Street
    75 Wall Street
    New York, NY 10005

for violation of Section (if applicable):

RE: HTC #U22-037 / Hearing requested by the Hotel Trades Council, AFL-CIO against the Hyatt Centric Wall Street ("Hotel") regarding the Hotel's failure to pay severance pursuant to a City of New York statute.

We will appreciate a conference with management on this matter at your earliest convenience.

New York Hotel and Motel Trades Council, AFL-CIO

*[signature]*

Richard Maroko
President
RM / DB

Local 6
Randall Sullivan