

**Driving progress**
**through partnership**

**Steven Cooper**
Direct Phone:  +1 212 205 6027
Email:  scooper@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

February 28, 2022

**By ECF**
The Honorable J. Paul Oetken
United States District Judge
United States District Court, Southern District of New York
40 Foley Square
New York, New York 10007

Re: ***Hotel Association of New York City v. City of New York, et al.*, 21-cv-8321 (JPO)**

Dear Judge Oetken:

We represent Plaintiff Hotel Association of New York City ("HANYC") in the above-referenced matter. We write as a follow-up to our letter to the Court on February 21, 2022, indicating that, on February 17, 2022, the New York Hotel and Motel Trades Council, AFL-CIO (the "Union") submitted a grievance against the Hyatt Centric Wall Street ("Hyatt") asserting that the hotel failed to make payments to employees under the Severance Law, and held a mediation on those grounds on February 18, 2022.

On February 23, 2022, the Union indicated that the grievance should be considered withdrawn, and it has now filed a grievance based on the purported failure of the Hyatt to make "settlement payments."

Respectfully submitted,

/s/ *Steven Cooper*
Steven Cooper
*Counsel for Plaintiff*

cc:     Attorneys for Defendant (via ECF)

{01090227.DOCX.1}ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON