UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HOTEL ASSOCIATION OF NEW
YORK CITY,

                     Plaintiff,

-v-

CITY OF NEW YORK, *et al.*,

                     Defendants.

21-CV-8321 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    In a related case, 21-CV-9322, Plaintiff RHC Operating LLC filed a motion for a preliminary injunction against the City of New York and other City officials. In this action, Plaintiff Hotel Association of New York City has filed a notice that it joins the application for a preliminary injunction. (*See* Dkt. No. 20.) The Hotel Association of New York City seeks a preliminary injunction only on the grounds that New York City's Severance Law, Int. No. 2397-2021, is preempted under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001, *et seq.*, as well as New York state law. (*See* Dkt. No. 23.) For the reasons explained in the Court's decision dated today denying RHC Operating LLC's motion for a preliminary injunction, the Hotel Association of New York City's motion for a preliminary injunction is denied. (*See* 21-CV-9322, Dkt. No. 37.)

    For the foregoing reasons, Plaintiff's motion for a preliminary injunction is DENIED.

    SO ORDERED.

Dated: March 30, 2022
       New York, New York

                                                  J. PAUL OETKEN
                                       United States District Judge