UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

─────────────────────────────────────────

HOTEL ASSOCIATION OF NEW
YORK CITY,
                      Plaintiff,                      21-CV-8321 (JPO)

            -v-                                ORDER

CITY OF NEW YORK,
                      Defendant.

─────────────────────────────────────────

J. PAUL OETKEN, District Judge:

       On March 30, 2022, this Court denied Plaintiff Hotel Association of New York City's motion for a preliminary injunction. (*See* Dkt. No. 36.) On the same date, the Court denied RHC Operating LLC's substantially similar motion for a preliminary injunction in 21-CV-9322. (*See id.*) RHC Operating LLC has appealed that decision. (*See* 21-CV-9322, Dkt. No. 38.)

       This action is hereby stayed pending resolution of that appeal. "The power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Louis Vuitton Malletier S.A. v. LY USA, Inc.*, 676 F.3d 83, 96 (2d Cir. 2012). "[A] court may . . . properly exercise its staying power when a higher court is close to settling an important issue of law bearing on the action." *Sikhs for Justice v. Nath*, 893 F. Supp. 2d 598, 622 (S.D.N.Y. 2012). The resolution of RHC Operating LLC's appeal will almost certainly guide the disposition of the case here. Accordingly, a stay is warranted.

The parties are directed to file a joint status letter within 14 days after the resolution of the appeal in *RHC Operating LLC v. City of New York*, No. 22-923 (2d Cir.).

SO ORDERED.

Dated: August 18, 2022
New York, New York

_____
J. PAUL OETKEN
United States District Judge