UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HOTEL ASSOCIATION OF NEW
YORK CITY,

                              Plaintiff,                    21-CV-8321 (JPO)

           -v-                                              ORDER

CITY OF NEW YORK,

                              Defendant.

J. PAUL OETKEN, District Judge:

    In light of the joint status update filed at ECF No. 38, reporting that the appeal in 21-CV-

9322 (*RHC Operating LLC v. City Of New York, et al.*) was voluntarily dismissed, the stay in

this case is LIFTED.  The Clerk of Court is directed to update the docket to reflect that this case

is no longer stayed.

    Counsel for the parties are directed to appear for a telephonic status conference on

Monday, June 5, 2023, at 11:30 a.m.  Counsel should call (888) 557-8511 at the scheduled time

and enter access code 9300838.


    SO ORDERED.

Dated:  May 23, 2023
        New York, New York

                                              _____
                                              J. PAUL OETKEN
                                              United States District Judge